

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00463-CV

NURIA MANDJE, Appellant

V.

CCI SERVICES, CORP., Appellee

Appeal from the 11th District Court of Harris County.  (Tr. Ct. No. 2014-59752).

After due consideration, the Court **grants** appellant NURIA MANDJE's motion to dismiss the appeal.  Accordingly, the Court **dismisses** the appeal.

The Court **orders** that the appellant, NURIA MANDJE,  pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 29, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.